John Bragonje (SBN 9519)
John.Bragonje@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, a Delaware Corporation,<br><br>Plaintiff<br><br>vs.<br><br>ELITE POOL SERVICES, INC., an Alabama Corporation; BRADLEY ST. GEORGE, an Individual; TARA ST. GEORGE, an Individual,<br><br>Defendants | Case No. 2:24-cv-00829-CDS-NJK<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS AND DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF WITH PREJUDICE** |

    Plaintiff, Aquatech Corporation, d/b/a United Aqua Group ("**Plaintiff**"), and Defendants Elite Pool Services, Inc., Bradley St. George, and Tara St. George ("**Defendants**" and together with Plaintiff, the "**Parties**"), by and through their undersigned counsel, hereby stipulate to an entry of Dismissal With Prejudice of Plaintiff's claims against Defendants and Defendants' counterclaims against Plaintiff in this action.

    The Parties further stipulate that they will each bear their respective costs and attorney's fees.

    IT IS SO STIPULATED.



DATED January 13, 2025

| WOMBLE BOND DICKINSON (US) LLP | STRANCH, JENNINGS & GARVEY, PLLC |
|---|---|
| By: /s/ John E. Bragonje<br>John E. Bragonje (SBN 9519)<br>e-mail: john.bragonje@wbd-us.com<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: 702.949.8200<br>Fax: 702.949.8398<br><br>*Attorneys for Plaintiff* | By: /s/ Nathan R. Ring<br>Nathan R. Ring<br>Nevada State Bar No. 12078<br>3100 W. Charleston Blvd., Ste. 208<br>Las Vegas, NV 89102<br>Telephone: 725-235-9750<br><br>*Attorney for Defendants Elite Pool Services, Inc., Bradley St. George, and Tara St. George* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 15, 2025